IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Randal A. Ferguson
Randal A Ferguson Sr
Randal Antunque Ferguson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

SEE Attached

**-against-**

Dept of Ch & Fam
Child Net

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. ______________________
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

FILED BY cos D.C.
DEC 05 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Randal A Ferguson et al |
| Street Address | 1613 W 28 Street Riviera Beach FL 33404 Apt C |
| City and County | Riviera Beach FL 33404 Apt C |
| State and Zip Code | FL 33404 |
| Telephone Number | (561) 723-2220 |
| E-mail Address | fergusonrandala@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Department of Children a Families |
| Job or Title (if known) | |
| Street Address | please see attached |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

☑ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Child Net Inc |
| Job or Title | |

(if known)

Street Address: Please see attached

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Please see attached

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Please see attached

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☐ Federal officials (a *Bivens* claim)
- ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 4th 5th & 14th Amendment Rights of due Process My Federal Protected Right as a Parent, Conspiracy to deprive

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

please see attached papers

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

plese se attached

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __________, 20 23.

Signature of Plaintiff ______________________________

Printed Name of Plaintiff ______________________________

**B. For Attorneys**

Date of signing: __________, 20__.

Signature of Attorney ______________________________

Printed Name of Attorney ______________________________

Bar Number ______________________________

Name of Law Firm ______________________________

Address ______________________________

Telephone Number ______________________________

E-mail Address ______________________________

1673 W 28th Street Riviera Beach FL
~~Apt~~. Apt C 33401

Plaintiff(s)

Randal A Ferguson — Father
Randal A Ferguson Jr — (minor child)
Randal'Antonique Ferguson — (minor child)
Avon Amore Ferguson — (minor child)
Zaidaius Pinnock — minor child

Against

DCF Department of Children & Families — Capacity
ChildNet INC.
Nicole Slade ChildNet — IND & Off
Anika McDonald ChildNet — IND & Off
Denise Wemis DCF Attorney — IND & Off
Joshua Smith DCF Attorney — IND & Off
Kevin Walsh Guardian ad litem Attorney — IND & Off
Sore Andew legal aid attorney for children — ind & off
Peggy Wanger Volunteer Guardian ad litem — ind & off
Jennifer Marshall PA Attorney — IND & off
Tamara Cadotte ChildNet — IND & off
Susan M Kopfolis DCF — IND & off

1)

I Randal A Ferguson legal father of my 4 biological children of which I raised all of them as a single father without a mother, from the time of their birth up until the time that they were unlawfully seized from my custody on August 10, 2023 by DCF & CPI based on a Shelter Affidavit that does not have a sworn affirmation of truth of which the shelter affidavit contains allegations of false, misleading, inaccurate information with ommission of material facts provided to DCF by Childnet Director of Case management and during the time of seizure my case manager, Nicole Slade of Child Net acting in concert with co-worker Anika Mc Donald, also of Childnet in concert with unknown CPI investigator., DCF attorney Denise Wehis, attorney for Guardian ad litem Kelvin Walsh and attorney Serge Anton alleged attorney for my children were all aware of the deliberate falsehoods yet persued this case maliciously acting under color of state law with reckless disregard of the truth.

My Former attorney Jenifer marshall of which I brought 2 Nelson hearings against her for ineffective assistance of counsel was also aware of the deleberate falsehoods and the fact that DCF would be unable to meet the burden to present any physical evidence or provide any evidence to support or substantiate all of the falsehoods listed in the affidavit. For which I bring this 42 U.S.C 1983 Complaint claim on behalf of myself and my minor children for violation of our federally protected rights of the U.S Constitution of our 4th 5th and 14th Amendments rights of the U.S Constitution. My 4 minor children who were in my care at the time they were unlawfully seized are

Randal A Ferguson Jr Son 7/8/2018
Randal Antonique Ferguson Daughter 9/20/2019
Aron Amore Ferguson Son 12/28/2020
Zardaius Pinnock Son 11/4/2022

Dependency Case # 502019DP000789
Appellate Case 4th DCA [redacted] - 4D2023-2646



My 2 & 3 year old was seized out of their Daycare after I had signed them in. My 9 month old seized from out of my care outside of the Daycare. My 5 year old son was seized from U.B Kinsey Elementary School after I dropped him off for his very first Day of School i.e Kindergarden. At The Time we were still living in the motel that ChildNet put us in Home 2 Suites by Hilton. The shelter Affidavit was not prepared and provided until August 13th of 2023 was when my former attorney provided me with the affidavit. I did not have a shelter hearing the next Day because they kept putting it off alleging that either the Judge or another party had issues. The Shelter Hearing Did not take place until August 15th 2023 5 days later. Because I did not accept a 30 day temporary shelter offer by Family promise after be given an ultimatum by my caseworker Nicole Slade, she advised me that I needed to check out of the Home 2 suites motel that ChildNet was paying for. The State Representative Sciente Edmond



become aware of my living arrangements and payed for another day at the motel as well as Family promise had offered another 5 days at that motel. DCF and my case worker just assumed that my children and I were without shelter, and they never did ask or inquire if I had shelter. Aware that I was being a challenge of stable Housing DCF & ChildNet saw a purpose of furthering a litigimate state interest in there minds with an ulterior motive to further there interest of removing my children with an motive to possibly use it as a platform to try to attempt to terminate my parental Rights. They took this opportunity to interefere in my federal protected right to raise and have a relationship with my children in bringing a false claim and misleading information to unlawfully obtain legal standing to seize my children. through deliberate deception by misleading the Judge to believe that the issues were current on going and happening in the present when in fact it was not.


Unfortunately for myself and my children, The Hon Judge Kirk Volker of which has consistently relied on false, unsupported and unsubstantiated information has been so bias, and prejudice in these proceedings in favor and impartial to DCF, my 14th Amendment Right of Due process has been violated many time over in the proceedings and Due to Errors of Judgment because of his Bias and prejudice against me as I chouse to represent myself and brought claims against his friend and my former attorney Jennifer Marshall esq my federal protected Rights as a Parent as a PRO SE litigant has been violated by the DCF Ontavia & and all others in deliberatly Excluding me from having hospital visit and being personally involved with my childrens Education and medical issues. my children have been neglected and abused while in the care of the foster Parents and the Guardian ad litem nor the attorney has done nothing to protect my children from the abuse, neglect and injury

The Deprevations of my childrens rights and myself are so extreme that it was neccessary for me to file and Extraordinary Writ against The DCF attorney and the Judge for an Injunction to prevent them from further harm against me and my children.. I just recently filed a 2nd motion to Disqualify Judge Walker under Federal statue 28 U.S.C 455(a) because I am extremly fearful knowing that that the Judge will not be able to be impartial and unbias as he has demonstrated throughout the Proceedings.

On Aug 15th 2023 The Shelter Hearing Mrs Nicole Slade Testify for DCF and DCF only provided one valid Document of a alleged abuse report out of 7 alleged in the Shelter affidavit. Dr Mays Testified on behalf of the father. The Court was in Recess until 2:30 that afternoon. My former attorney and DCF somehow Discontinued the Shelter Hearing I vehemently disagreed with my former attorney. Jenifer marshall

77

I brought Nelson Hearing to remove my attorney. I was denied a right of Due Process to present my defense and dispute the allegations. I filed a motion to Dismiss w Prejudice the shelter Hearing and the affidavit after the Court determined that I was competent to represent myself & when I am still self Represented. The Court Denied my motion. Since representing my self the Court has allowed DCF attorney Derish Wehs to cancel my visit without Court order to do so on the 6, 8 29 NW. and Dec 4 & 6 During the Nelson hearing attorney Jenifer marshall stated on Court record that the Volunteer Guardian at litem DID infact called in a False Abuse Report against me. The Courts DCF and the attorney Kevin walsh Did nothing to hold her accountable Case manager Amber McDonald of Chilnet has interfering and engaging in Hostile behavior in my visits my visit are taken place at the WPB

Police lobby. DCF attorney in concert with Children have filed 3 frivolous motions in an attempt to suspend my visitation rights. I have unheard motions that I have filed and asked for hearing dates but the Judge ignored it even when I called his Judicial assistant left messages they did not respond back on Aug 23 2023. The former case worker Hilary Hilary Garson brought my 10 month old son at the time to my visit. he had a heavily soiled diaper, he had no shoes, socks, there was no diapers or formula he had a swollen gum. Miss Garson did quit child not as a case worker when I called in an abuse report against her. I DO NOT KNOW WHAT IS GOING ON WITH MY CHILDREN BECAUSE THEY ARE maliciously violating my federally protected rights and deliberately keeping me from my children.

I Just Recieved an Abuse Report on Dec 4th 2023 that my Son was injured in School on Nov 29, 2023 No one not even the case worker Dallas Mcdonald contacted me. I am worried sick about my children. I represent myself as I have filed to the 4th DCA for Relief of the Errors of Judgment of Probable Cause being found in a a Shelter affidavit of deleberate falsehoods. I was denied due Process of a Shelter Hearing as a Pro Se litigant. The Conspiracy against my Federal Rights as a Parent has been overwhelming. my children have sustained injuries Neglect and abuse and it is being covered up by DCF and Childnet. They have excluded me from the Right to Parent my Children and be personally involved and make decision of their education and health concernings.

Wherefore I am seeking in Relief of Injury Trama neglect and abose unreported of my children and unlawful seizer in violating there Federal Protected Rights of the U.S Constitution In the Amount of 2 million dollars for each child I am seeking Relief in the amount of 2 million dollars for violation my 14th 4th and 5th Amendment Rights of Due Process and violation of my Federal protected Right as a Parent. I am asking and seeking 1 year bar of all attorney's in whell for their misconduct and deprivation of my and my children's Rights acting under color of State law

I am seeking the same Relief from ChildNet Inc. and the Guardian ad litem. 2 million for each child from each Entity.

I am seeking Relief that Regan Wagner Nicole Slade and Dallas McDonald Be Suspended

and license Revoke Indefinitely from working or being involved with children in General

I am asking for the Immediate Return of my children back to my Custody and the case Closed Permanently.

Jorge Dustin Esq. and all attorney's Disbarment for attorney misconduct mr Dustin was removed from this case years ago for his bias, and personal prejudice against the father and has failed to Remove himself for Conflict of Interest. I am seeking Relief that case # 50 2019-DP000789 50-2022 DP 000 587

Be Dismissed / Vacated w / Prejudice for Several violations of my 14th 4th and 5th Amendment Rights of Due Process. Equal Protection of the laws. and violation of a Parent to fair and Just proceedings