UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-81541-LEIBOWITZ/MIDDLEBROOKS

**RANDAL A. FERGUSON,** *et al.*,

    *Plaintiffs,*

v.

**DEPARTMENT OF CHILDREN
& FAMILIES,** *et al.*,

    *Defendants.*
_____/

## ORDER

Pursuant to this Court's Order [ECF No. 59] on July 23, 2024, Plaintiff Randall A. Ferguson ("Plaintiff") was required to "move for leave to leave to file *one* Second Amended Complaint against all Defendants that cures the deficiencies this Court has highlighted. The Second Amended Complaint shall: (1) plead each cause of action as a separate count (one cause of action per count); (2) clearly identify the cause of action asserted in the heading of each count and which Defendant(s) that cause of action is against; (3) include a short and plain statement of the factual allegations forming the basis of each count and clearly identify which facts support each count; and (4) clearly identify the relief Plaintiff is seeking as to each count." [ECF No. 59 at 4]. The Court also ordered that

> Department of Children and Families ("DCF") was dismissed from this case, and Plaintiff may not bring any claims against it. Furthermore, as previously ordered by this Court, the Second Amended Complaint may not add any new claims or any new defendants. The Second Amended Complaint may only proceed against the following individuals: Child Net Inc., Nicole Slade, Anika McDonald, Jorge Anton, Jennifer Marshall, Joshua Smith, Denise Wemis, Kevin Walsh, and Peggy Wagner. The claims are limited to violations of the Fourth, Fifth, and Fourteenth Amendments under § 1983. Failure to comply with these orders and instructions will result in this Court dismissing this case for failure to comply with Court Order.

[*Id.*].

Plaintiff has failed to comply with this Court's July 23, 2024, Order in multiple respects. First,

Plaintiff filed a Second Amended Complaint without requesting leave to do so as ordered by this Court. Second, Plaintiff has failed to: plead each cause of action as a separate count, clearly identify the cause of action asserted in the heading of each count and which Defendant(s) that cause of action is against, include a short and plain statement of the factual allegations forming the basis of each count and clearly identify which facts support each count, and clearly identify the relief Plaintiff is seeking as to each count. Third, Plaintiff brought the Second Amended Complaint against the Department of Children and Families when he was explicitly ordered that he may not bring any claims against it. Fourth, Plaintiff added a new defendant, Larry Rein, when he was ordered not to add any defendants.

This Court warned that if Plaintiff failed to comply with its orders and instructions, the Court would dismiss this case for failure to comply with Court Order. The Court's Order on July 23, 2024, was clear that this was Plaintiff's final opportunity to amend his Complaint, and he needed to cure the deficiencies the Court highlighted. Because Plaintiff has failed to comply with this Court's Order, this action will be dismissed for failure to comply with Court Order. The Federal Rules of Civil Procedure permit the Court to dismiss an action for failure to comply with its orders. Fed. R. Civ. P. 41(b); *see also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("While dismissal [under Rule 41(b)] is an extraordinary remedy, dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.").

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** for failure to comply with Court Order. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on August 27, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: Randal A. Ferguson, *pro se*
      counsel of record